# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-159-401**

**Effective Date of Registration:**
June 25, 2019



**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

    **Title of Work:** 12.01.2013_animals

## Completion/Publication

    **Year of Completion:** 2013
    **Date of 1st Publication:** December 01, 2013
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Rob Macinnis
    **Author Created:** Photograph
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Rob Macinnis
    86 Douglas St., Brooklyn, NY, 11231, United States

## Certification

    **Name:** Richard Liebowitz, Authorized agent of Author/Owner
    **Date:** June 25, 2019

    **Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person,

    Registration #:   VA0002159401
  Service Request #:   1-7823159617



Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States