IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

ROB MACINNIS                                                                                            PLAINTIFF

V.                              CASE NO. 5:19-cv-05160-TLB

HALLEAHWOOD DESIGNS, LLC                                                              DEFENDANT

## PARTIAL MOTION TO DISMISS

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, and in light of the filing of the Amended Complaint (Doc. 11), Defendant Halleahwood Designs, LLC ("Halleahwood"), resubmits its motion to partially dismiss this action and for grounds states:

1. On or about August 20, 2019, plaintiff Rob Macinnis ("Plaintiff") filed his Complaint against Halleahwood alleging copyright infringement of a photograph characterized as depicting animals in a farm ("the Claimed Photograph"). As evidence of Plaintiff's rights in the Claimed Photograph, the Plaintiff provided that the Claimed Photograph is registered with the United States Copyright Office and was given Registration No. VA-2-159-401 ("the 401 Registration").

2. On or about November 13, 2019, Plaintiff filed his Amended Complaint generally setting forth the same allegations and attaching a Certificate of Registration for the 401 Registration as Exhibit B to the Amended Complaint.

1993725-v1

3. The Amended Complaint alleges, in part, that Plaintiff is entitled to statutory damages based on allegations that Halleahwood has willfully infringed the rights in the Claimed Photograph.

4. As shown by the 401 Registration attached as Exhibit B to the Amended Complaint, Plaintiff did not register the copyright in the Claimed Photograph until June 25, 2019.

5. The 401 Registration also provides that the Claimed Photograph was first published on December 01, 2013, nearly six years prior to the date of registration.

6. Plaintiff has failed to state a cognizable claim for statutory damages because, as provided in 17 U.S.C. § 412, statutory damages are only available where a copyright registration is obtained within three months of publication or before commencement of infringement.

7. Plaintiff has failed to allege that statutory damages are available under either standard in this case, and, in fact, cannot so establish because the registration was not obtained until nearly six years after publication and over one month after the allegedly infringing activities began.

8. Therefore, the complaint should be dismissed with regard to the claim for statutory damages.

9. Plaintiff supports this motion with a contemporaneously filed brief in support.

WHEREFORE, defendant Halleahwood Designs, LLC requests that the Court dismiss the claim regarding statutory damages, award its costs and attorneys' fees incurred in defending this action, and grant it all other proper relief to which it is entitled.

                                        Respectfully submitted,

                                        K. Brandon Middleton (2016130)
                                        WRIGHT, LINDSEY & JENNINGS LLP
                                        200 West Capitol Avenue, Suite 2300
                                        Little Rock, Arkansas 72201-3699
                                        (501) 371-0808
                                        FAX: (501) 376-9442
                                        E-MAIL: bmiddleton@wlj.com

                                        Eric Berger (2004210)
                                        WRIGHT, LINDSEY & JENNINGS LLP
                                        3333 Pinnacle Hills Parkway, Suite 510
                                        Rogers, Arkansas 72758
                                        (479) 986-0888
                                        FAX: (479) 986-8932
                                        E-MAIL: eberger@wlj.com

                                        *Attorneys for Defendant*
                                        *Halleahwood Designs, LLC*

1993725-v1