UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ROB MACINNIS<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HEALLEAHWOOD DESIGNS, LLC<br><br>　　　　　　　　　　Defendant. | **NOTICE OF SETTLEMENT**<br><br>**Case No.: 5:19-cv-5160** |

The parties have reached a settlement in principle. By January 17, 2020 the parties will submit their stipulation of dismissal.

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: December 7, 2019

*Attorneys for Plaintiff Rob Macinnis*