UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

ROB MACINNIS

                    Plaintiff,

        v.

HALLEAHWOOD DESIGNS, LLC

                    Defendant.

**STIPULATION OF SETTLEMENT
AND DISMISSAL OF CIVIL ACTION
WITH PREJUDICE (FRCP
41(a)(1)(A)(ii)**

**Case No.: 5:19-cv-5160**

        IT IS HEREBY STIPULATED that a settlement has been reach and that this action

should be voluntarily dismissed with prejudice with each party to bear their own costs and

attorney's fees.

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: December 27, 2019
*Attorneys for Plaintiff*

/s/ K. Brandon Middleton
K. Brandon Middleton (2016130)
Eric Berger (2004210)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
Fax: (501) 376-9442
email:  bmiddleton@wlj.com
              eberger@wlj.com

Dated: January 2, 2020
*Attorneys for Defendant*