IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ROB MACINNIS**                                                                                                **PLAINTIFF**

NO. 19-5160

                                                                                                                              **DEFENDANT**
**HALLEAHWOOD DESIGNS, LLC**

## CLERK'S ORDER OF DISMISSAL

On this 3rd day of January, 2020, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

BY: *Teri Gunderson*
Deputy Clerk